# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-471-626

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
December 15, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Egoless |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 05, 2023 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A background with mushrooms and moon, a body and lips with cigarette, and pink smoke |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 Varna 9000 Bulgaria |

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071003

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-557

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

---

## Title

      **Title of Work:** Egoless v2

## Completion/Publication

      **Year of Completion:** 2024
      **Date of 1st Publication:** February 23, 2024
      **Nation of 1ˢᵗ Publication:** Bulgaria

## Author

      • **Author:** Zdravko Galinov Zdravkov
      **Author Created:** 2-D artwork
      **Citizen of:** Bulgaria

## Copyright Claimant

      **Copyright Claimant:** Zdravko Galinov Zdravkov
      str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria

## Limitation of copyright claim

      **Material excluded from this claim:** A desert background with mushrooms, a body and lips with cigarette, and pink smoke

      **New material included in claim:** artistic arrangement, composition, and filter

## Rights and Permissions

      **Name:** Zdravko Galinov Zdravkov
      **Email:** zdravkovgb@gmail.com
      **Address:** str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6
      Varna 9000 Bulgaria

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071004

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-564

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Best Friends |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 19, 2024 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A floral background, a cow, and an alien. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 Varna 9000 Bulgaria |

## Certification

**Name:**  David Denholm
**Date:**  July 10, 2025
**Applicant's Tracking Number:**  ZZ2025071001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-560

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wild Disco Land |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 09, 2024 |
| **Nation of 1ˢᵗ Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A desert background with filled with cacti and a cloudy sky, featuring a disco ball, UFOs, a skull, and shining stars. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 |
| | Varna 9000 Bulgaria |

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071007

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-235

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Calmness v3 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 01, 2024 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov<br>str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A flower garden background, a cow and a UFO spaceship. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6<br>Varna 9000 Bulgaria |

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071002



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-559

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Trippy Land 9 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 27, 2024 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A background with pink clouds, mushrooms, mountains, a road with cars, and establishments |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 |
| | Varna 9000 Bulgaria |

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071006

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-558

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title

**Title of Work:**    Ms Kush v2

## Completion/Publication

**Year of Completion:**    2024
**Date of 1st Publication:**    May 15, 2024
**Nation of 1ˢᵗ Publication:**    Bulgaria

## Author

- **Author:**    Zdravko Galinov Zdravkov
  **Author Created:**    2-D artwork
  **Citizen of:**    Bulgaria

## Copyright Claimant

**Copyright Claimant:**    Zdravko Galinov Zdravkov
str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria

## Limitation of copyright claim

**Material excluded from this claim:**    A brown background, a cacti tree and a lady.

**New material included in claim:**    artistic arrangement, composition, and filter

## Rights and Permissions

**Name:**    Zdravko Galinov Zdravkov
**Email:**    zdravkovgb@gmail.com
**Address:**    str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6
Varna 9000 Bulgaria

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071005

**Correspondence:** Yes

