# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-471-626

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
December 15, 2025

## Title
_____

**Title of Work:**   Egoless

## Completion/Publication
_____

**Year of Completion:**   2023
**Date of 1st Publication:**   April 05, 2023
**Nation of 1st Publication:**   Bulgaria

## Author
_____

- **Author:**   Zdravko Galinov Zdravkov
**Author Created:**   2-D artwork
**Citizen of:**   Bulgaria

## Copyright Claimant
_____

**Copyright Claimant:**   Zdravko Galinov Zdravkov
str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria

## Limitation of copyright claim
_____

**Material excluded from this claim:**   A background with mushrooms and moon, a body and lips with cigarette, and pink smoke

**New material included in claim:**   artistic arrangement, composition, and filter

## Rights and Permissions
_____

**Name:**   Zdravko Galinov Zdravkov
**Email:**   zdravkovgb@gmail.com
**Address:**   str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6
Varna 9000 Bulgaria

## Certification
_____

Name: David Denholm
Date: July 10, 2025
Applicant's Tracking Number: ZZ2025071003

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-468-557**

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

---

## Title

**Title of Work:**  Egoless v2

## Completion/Publication

**Year of Completion:**  2024
**Date of 1st Publication:**  February 23, 2024
**Nation of 1ˢᵗ Publication:**  Bulgaria

## Author

- **Author:**  Zdravko Galinov Zdravkov
  **Author Created:**  2-D artwork
  **Citizen of:**  Bulgaria

## Copyright Claimant

**Copyright Claimant:**  Zdravko Galinov Zdravkov
str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria

## Limitation of copyright claim

**Material excluded from this claim:**  A desert background with mushrooms, a body and lips with cigarette, and pink smoke

**New material included in claim:**  artistic arrangement, composition, and filter

## Rights and Permissions

**Name:**  Zdravko Galinov Zdravkov
**Email:**  zdravkovgb@gmail.com
**Address:**  str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6
Varna 9000 Bulgaria

## Certification

Page 1 of 2

Name: David Denholm
Date: July 10, 2025
Applicant's Tracking Number: ZZ2025071004

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-564

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title
_____

| | |
|---|---|
| **Title of Work:** | Best Friends |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 19, 2024 |
| **Nation of 1st Publication:** | Bulgaria |

## Author
_____

| | |
|---|---|
| **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim
_____

| | |
|---|---|
| **Material excluded from this claim:** | A floral background, a cow, and an alien. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 |
| | Varna 9000 Bulgaria |

## Certification
_____

**Name:**  David Denholm
**Date:**  July 10, 2025
**Applicant's Tracking Number:**  ZZ2025071001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-560

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wild Disco Land |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 09, 2024 |
| **Nation of 1ˢᵗ Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A desert background with filled with cacti and a cloudy sky, featuring a disco ball, UFOs, a skull, and shining stars. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 Varna 9000 Bulgaria |

## Certification

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071007

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-235

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Calmness v3

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 01, 2024
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Zdravko Galinov Zdravkov
  **Author Created:** 2-D artwork
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Zdravko Galinov Zdravkov
str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria

## Limitation of copyright claim

**Material excluded from this claim:** A flower garden background, a cow and a UFO spaceship.

**New material included in claim:** artistic arrangement, composition, and filter

## Rights and Permissions

**Name:** Zdravko Galinov Zdravkov
**Email:** zdravkovgb@gmail.com
**Address:** str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6
Varna 9000 Bulgaria

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** July 10, 2025
**Applicant's Tracking Number:** ZZ2025071002



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-559

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Trippy Land 9 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 27, 2024 |
| **Nation of 1ˢᵗ Publication:** | Bulgaria |

## Author

| | |
|---|---|
| **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A background with pink clouds, mushrooms, mountains, a road with cars, and establishments |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 Varna 9000 Bulgaria |

## Certification

**Name:**  David Denholm
**Date:**  July 10, 2025
**Applicant's Tracking Number:**  ZZ2025071006

**Correspondence:**  Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-558

**Effective Date of Registration:**
July 10, 2025
**Registration Decision Date:**
November 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Ms Kush v2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 15, 2024 |
| **Nation of 1st Publication:** | Bulgaria |

## Author

| | |
|---|---|
| • **Author:** | Zdravko Galinov Zdravkov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Bulgaria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zdravko Galinov Zdravkov |
| | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6, Varna, 9000, Bulgaria |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | A brown background, a cacti tree and a lady. |
| **New material included in claim:** | artistic arrangement, composition, and filter |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zdravko Galinov Zdravkov |
| **Email:** | zdravkovgb@gmail.com |
| **Address:** | str. Georgi Benkovski 64, entr V, 2nd Floor, Apt 6 |
| | Varna 9000 Bulgaria |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 10, 2025 |
| **Applicant's Tracking Number:** | ZZ2025071005 |

**Correspondence:** Yes

